IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUBEN CAMPA AND MARIA CAMPA, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 10-2707 |
| § | |
| NATIONWIDE PROPERTY & CASUALTY § | |
| INSURANCE COMPANY AND DANIEL § | |
| HUSSER, § | |
| § | |
| Defendants. § | |

## ORDER

Counsel for defendants has filed a motion for protective order, (Docket Entry No. 21). The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. A premotion conference to address the subject matter of the motion is set for **March 9, 2011, at 3:30 p.m.**, in Courtroom 11-B.

SIGNED on March 3, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge